IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WEST, <br><br>　　　　Plaintiff, <br><br>v. <br><br>ACCESS CONTROL RELATED ENTERPRISES, LLC; LLR EQUITY PARTNERS, IV, L.P.; LLR EQUITY PARTNERS PARALLEL IV, L.P.; SETH LEHR, an individual; DAVID STIENES, an individual; GREG CASE, an individual; ROBERT CHEFITZ, an individual; and JOSEPH GRILLO, an individual, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 1:17-cv-01213- VAC-CJB |

## DEFENDANTS' MOTION TO DISMISS
## FOR LACK OF SUBJECT-MATTER JURISDICTION

Defendants Access Control Related Enterprises, LLC; LLR Equity Partners, IV, L.P.; LLR Equity Partners Parallel IV, L.P.; Seth Lehr; David Stienes; Greg Case; Robert Chefitz; Joseph Grillo (together, "Defendants") respectfully move this Court to dismiss Plaintiff William West's Complaint in its entirety without prejudice. Defendants further explain the basis for their motion in the accompanying memorandum.

October 9, 2017

MORGAN, LEWIS & BOCKIUS, LLP

*/s/ Justin K. Victor*
Justin K. Victor (Del. Bar No. 5705)
1007 North Orange Street, Suite 501
Wilmington, DE  19801
Tel:  (302) 574-3000
Fax: (302) 574-3001
justin.victor@morganlewis.com

Michael L. Banks (admitted *pro hac vice*)
Vishal H. Shah (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
michael.banks@morganlewis.com
vishal.shah@morganlewis.com

*Attorneys for Defendants*