IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WEST,<br><br>      Plaintiff,<br><br>vs.<br><br>ACCESS CONTROL RELATED ENTERPRISES, LLC; LLR EQUITY PARTNERS, IV, L.P.; LLR EQUITY PARTNERS PARALLEL IV, L.P.; SETH LEHR, an individual; DAVID STIENES, an individual; GREG CASE, an individual; ROBERT CHEFITZ, an individual; and JOSEPH GRILLO, an individual;<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 1:17-cv-01213-VAC-CJB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, William West, hereby voluntarily dismisses his claims against Defendants in the above-captioned action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                              Respectfully Submitted,

                                              BUCHANAN INGERSOLL & ROONEY PC

                                              By: */s/ Geoffrey G. Grivner*
                                                   Geoffrey G. Grivner (#4711)
                                                   919 North Market Street, Suite 1500
                                                   Wilmington, Delaware 19801
                                                   Telephone:  302.552.4207
                                                   Facsimile:     302.552.4295
                                                   *geoffrey.grivner@bipc.com*

                                              *Attorney for Plaintiff, William West*

Dated:  October 23, 2017